ACCEPTED
04-14-00889-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/6/2015 12:00:34 PM
KEITH HOTTLE
CLERK

## *RICHIE & GUERINGER, P.C.*

Counselors and Attorneys at Law

112 E. Pecan Street
Suite 1420
SAN ANTONIO, TEXAS 78205
(210) 220-1080
FAX (210) 220-1088
rg-sa@rg-sanantonio.com
**Internet**: www.rg-law.com

Sender's E-mail gg@rg-sanantonio.com

100 Congress Avenue
Suite 1750
AUSTIN, TEXAS 78701
(512) 236-9220
FAX (512) 236-9230
rg-a@rg-austin.com
**Internet**: www.rg-law.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/6/2015 12:00:34 PM
KEITH E. HOTTLE
Clerk

January 6, 2015

Bexar County District Clerk                          **Via Electronic Filing**
Paul Elizondo Tower
101 W Nueva, Suite 217
San Antonio, Texas 78205

Fourth Court of Appeals                              **Via Electronic Filing**
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:     Cause No. 2014-CI-11780, *Dominic Altomare v. Josh Reneau v. Endura Advisory Group, Ltd., Intervenor*, in the 131st Judicial District Court, Bexar County, Texas; -and-
Case No. 04-14-00889-CV, *Endura Advisory Group, Ltd. v. Dominic Altomare*, in the 4th Court of Appeal; Our File No. 7478.013

Dear Clerk:

Please be advised I will be on vacation January 26, 2015 through January 29, 2015. Please do not schedule any hearings, deadlines, or other matters for the above-referenced lawsuit during the periods set forth above.

Your consideration in this matter is appreciated. Should you have any questions, please feel free to contact me at the San Antonio office listed above.

Very truly yours,

RICHIE & GUERINGER, P.C.

BY:    */s/ Gay Gueringer*
Gay Gueringer
State Bar No. 08571400

GG/llc

cc:     Eric A. Pullen (Via Electronic Service and Facsimile)